PIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

MAR 27 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Kennedy K Taylor

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:17-cv-2348
Judge John Z. Lee
Magistrate Judge Sidney I. Schenkier
PC4

vs.    Case No: _____
       (To be supplied by the Clerk of this Court)

Jane Doe's Nurse John Doe's mental Health Staff John Doe's Security are sued in they individual and Employed capacity Ingalls memorial Hospital Department of Behavioral Health are sue Individual and Employed capacity

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

 X    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
      U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
      28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: Kennado X Taylor
B. List all aliases: Kennado Boyd Taylor
C. Prisoner identification number: M-25370
D. Place of present confinement: Pontiac CC
E. Address: PO Box 99 Pontiac IL 61764

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Jane Doe
   Title: Nurse's
   Place of Employment: Ingalls Memorial Hospital

B. Defendant: Jane Doe
   Title: Nurse's
   Place of Employment: Ingalls Memorial Hospital

C. Defendant: John Doe
   Title: ~~mental health~~ Staff
   Place of Employment: Ingalls Memorial Hospital

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

I. **Plaintiff(s):**

   A. Name: Kennado Jr Taylor

   B. List all aliases: Kennado Boyd Taylor

   C. Prisoner identification number: M-25320

   D. Place of present confinement: Pontiac CC

   E. Address: PO Box 99 Pontiac IL 61764

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: John Doe
      Title: ~~Doctor Hospital~~ Staff
      Place of Employment: Ingalls Memorial Hospital

   B. Defendant: John Doe
      Title: Security
      Place of Employment: Ingalls Memorial Hospital

   C. Defendant: John Doe
      Title: Security
      Place of Employment: Ingalls Memorial Hospital

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

Case: 1:17-cv-02348 Document #: 1 Filed: 03/27/17 Page 6 of 14 PageID #:6

III Central District of Illinois Taylor v 2174 Taylor v Sangster No 11C 2175 Taylor v Bukowski No 12 C 2086 Taylor v Godinez No 12 C 152 Northern District of Indiana Taylor v Porter Stark Hospital et al No 11C 0388 sanctions dismissal not state litigation history Taylor v Doe No 16 C 9069 Taylor v Doe Employee No 16 C 9127 Case No 13 C 2171 was sanctioned dismissal

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States: Taylor v Doe No 11 C 2016 Taylor v Yasin No 11 C 2729 Taylor v Doe No 11 C 5591 Taylor v Judkins No 12 C 3390 Taylor v Kameron No 12 C 3130 13 C 1931

A. Name of case and docket number: Taylor v Crot No 13 C 1930 Taylor v Baker Taylor v Darren No 13 C 2171 Taylor v Doe No 16 C 9069 Taylor v Kimberly No 16 C 9212 Taylor v Fox 17 CV 1051 Taylor v Dempse 17 C 1012 Taylor v @ Illinois Department 2011 2012 2013 2016 of Corr 17 C 01013

B. Approximate date of filing lawsuit: 2011 2012 2013 2016

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Kennada K Taylor Kennado Boyd Taylor

D. List all defendants: Doe / Johnson / Yasin / Judkin / Kameron / Crot / Baker / Darren / Doe / Memenga Sangster Bukowski / Godinez / Porter Stark Hospital / Doe / Doe was sanctioned dismissal 13 C 2171

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern of Indiana Northern of Illinois Central District of Illinois

F. Name of judge to whom case was assigned: Kennelly J / Lee J / Darrow J / Simon J /

G. Basic claim made: deny mental health care / excessive force deny medical care in treatment

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Appealed No 16 C 9212 16 C 9217 16 C 9069 plntff dismissed Appealed not still pending Some sanctioned dismissal not state litigation history Some case I win the case was put to settle by a lawyer

I. Approximate date of disposition: 2011 2012 2013 2016 2/9/17

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

JURISDICTION & VENUE This is A Civil Action Authorized By 42 U.S.C. Section 1983 to redress THE DEPrivation under color of STATE law of Rights Secured By THE Constitution of THE United States. THE Court has Jurisdiction Under 28 U.S.C. Section 1331 and 1343(A)(3). Plaintiff seeks DEclaratory relief pursuant to 28 USC Section 2201 and 2202. Northern District of Illinois is an Appropriate Venue Under 28 U.S.C. Section 1391(b)(2) BECAUSE it is where THE events giving rise to this claim occurred. On THE Above DAte About 8/20/16 I was At Ingalls memorial Hospital Department of Behavioral Health One Ingalls Drive HARVEY Illinois 60426 (708) 333-2300 Phone No / On About 8/20/16 I was haveing very BAd Pain in my Right leg to THE JANE DOE Nurse's and ~~Doctor~~ THEY fAiled to Respond to my Complaints About my serious Pain I Suffered Injury From playing BAll when I was At Home so THE JANE DOE Nurse's got Up Set About me Complaint and stAte to me you geting A PRN Shoot I Ask

4

Revised 9/2007

For what I have not did any thing rong at all then THE two John Doe staff trying talking to me in geting me to take THE PRN shoot then I told THE two John Doe staff if THEY give me A PRN I am going to kill my self and hurt my self very bad THEY then told me if you kill your self that on you ms TAYLOR so if you want to kill your self do it I had issue before with one of THE John Doe staff that told me to kill my self so THE JANE DOE nurse's came in my Room wear it was A video camera device that took photographs of THE issue in told me if you do not take THE PRN I am calling security in you going to take THE PRN so I then told THE JANE DOE nurses if you give me THE PRN shoot I am going to kill my self then THE JANE DOE nurse's said you not going to kill your self you just Acting out write now ms TAYLOR then I sad that my word I am going to try killing my self THEY then call security THE two John Doe security officer's you have to take THE shoot are we will have to make you take it then I told THE two John Doe Security officers if I have to take this shoot I am going to kill my self in

5

Revised 9/2007

and you will Be Comeing Back up hear one of THE John DOE Security officer was one of same security officer's jump me BEFore then He STATE to me you not going to kill you self BECAUSE you Wood have not told us you Just play A Game if you going to Do it we can not stop you I was in Fear For my life SO I took THE PEN shoot THEN I told All them A gain when they was walking I am going to kill my self I then took some pile's eat some Gass and cut my Left Four arm THE mark will never Go A way then THE SAME DOE nurse's Call Security Back up to THE unit then I was sent to THE out side Hospital Ingalls memorial Hospital wear THE medical Record will show For proff of my Injury and other issue to All THE Defendant's was Deliberate Indifference By not Respond Reasonably and new that I was going to try killing my self All THE Defendant's failure to treat my condition result further significant Injury to my Body and Four arm's it was unnecessary Wanton infliction of pain and this was negligent mental Health is A Serious medical need so Defendant's violation my Eighth Amendment and my Constitutional Right's and THE fail to keep me safe from harm

7

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1) Seeking Punitive DAMAges of $250,000
2) Seeking Compensatory DAMAges of $350,000

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __3__ day of __16__, 20_17_

_____
(Signature of plaintiff or plaintiffs)

Kennado K Taylor
(Print name)

M-25320
(I.D. Number)

PO Box 99
Pontiac IL 61764
(Address)